UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TRACY RAYANNA SHEDD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:20-CV-119 (COLLIER/GUYTON) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant. | ) ) | |

## **O R D E R**

On September 20, 2021, United States Magistrate Judge H. Bruce Guyton filed a report and recommendation (Doc. 27) on Plaintiff's motion for attorney fees under 28 U.S.C. § 406(b) (Doc. 22). Neither party has objected to the R&R within the given fourteen days. *See* 28 U.S.C. § 2412.

The Court hereby **ACCEPTS** and **ADOPTS** the Magistrate Judge's findings of fact, conclusions of law, and recommendations (Doc. 27), modifying only the total amount awarded.[1] Accordingly, Plaintiff's motion for attorney fees (Doc. 22) is **GRANTED**. Plaintiff is awarded **$3,551.96 in attorney fees, $24.00 in expenses, and $400.00 in costs, for a total award of $3,975.96** pursuant to 28 U.S.C. § 2412. In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt the litigant owes to the United States. If Plaintiff owes no debt to the United States, payment may be made directly to Plaintiff's counsel pursuant to Plaintiff's assignment (Doc. 23-6).

---

[1] The individual components of the award—$3,551.96 in attorney fees, $24.00 in expenses, and $400.00 in costs—add up to $3,975.96, rather than $3,969.21 as stated in the R&R.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**